IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ELIZABETH MARCOTTE**                                                              **PLAINTIFF**

VS.                              NO.  4:06CV000658

**UNITED PARCEL SERVICE, INC. and**
**JOHN DOE MAINTENANCE COMPANY**                              **DEFENDANTS**

### ORDER

Pending is Defendant's unopposed motion for a new trial date. (Docket # 8).  For good cause shown, the motion is GRANTED.  This case will be removed from the trial docket the week of March 26, 2007.  An amended scheduling order will be entered forthwith.

IT IS SO ORDERED this 30th day of October, 2006.

_____
James M. Moody
United States District Judge