IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ELIZABETH MARCOTTE**                                             **PLAINTIFF**

VS.                                    NO.  4:06CV000658

**UNITED PARCEL SERVICE, INC. and**
**JOHN DOE MAINTENANCE COMPANY**                    **DEFENDANTS**

**ORDER**

Pending is Plaintiff's motion to compel.  (Docket # 20).  The Court has reviewed the Liberty Mutual Insurance Company claim file which was produced to the Court on July 11, 2007. The Court has identified two sets of documents which are discoverable; the documents grouped and labeled "Elizabeth Marcotte Medical Records" and the set of seven pages of photographs of the box in question.  The Court finds the remaining contents of the file to be privileged.

Accordingly, Plaintiff's motion to compel is granted in part and denied in part.  Defendant is directed to provide the above identified discoverable documents to Plaintiff within three (3) days of the entry of this order.

IT IS SO ORDERED this 16th day of July, 2007.

_____
James M. Moody
United States District Judge