**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ELIZABETH MARCOTTE**                                            **PLAINTIFF**

**VS.**                                    **NO.  4:06CV000658**

**UNITED PARCEL SERVICE, INC. and**
**JOHN DOE MAINTENANCE COMPANY**                   **DEFENDANTS**

<u>**ORDER**</u>

Pending is Plaintiff's motion to strike.  (Docket # 49).  Plaintiff asks the Court to strike the portion of Defendant's motion in limine pertaining to the deposition of Dr. Gruenwald.  Plaintiff argues that Defendant's motion is untimely because the motion should have been made in the form of objections to deposition designations which are past due.  The Court finds that Defendant's objection could properly be made in either an objection to the Plaintiff's deposition designation or in the form of a motion in limine.  Accordingly, the Court finds that Defendant's motion in limine was timely and properly filed.  Plaintiff's motion to strike is DENIED.

IT IS SO ORDERED this 17th day of July, 2007.

_____
James M. Moody
United States District Judge