**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ELIZABETH MARCOTTE**                                                                  **PLAINTIFF**

VS.                                              NO.  4:06CV000658

**UNITED PARCEL SERVICE, INC. and**
**JOHN DOE MAINTENANCE COMPANY**                          **DEFENDANTS**

**ORDER**

Pending is Plaintiff's motion in limine regarding certain testimony. (Docket # 50). Defendant has responded.   Plaintiff seeks to preclude any testimony that involves speculation regarding the condition of the box prior to the incident in question. The Court finds that any testimony or evidence which is based on speculation will be inadmissible.  The Court will determine the admissibility of such testimony or evidence at the time of trial.

IT IS SO ORDERED this 20th day of July, 2007.

_____
James M. Moody
United States District Judge