# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ELIZABETH MARCOTTE**                                              **PLAINTIFF**

**VS.**                             **NO.  4:06CV000658**

**UNITED PARCEL SERVICE, INC. and**
**JOHN DOE MAINTENANCE COMPANY**                **DEFENDANTS**

## JUDGMENT ON JURY VERDICT

This action came on for trial July 23, 2007, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on July 24, 2007, in favor of the defendant.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Elizabeth Marcotte, take nothing on this complaint against United Parcel Service and John Doe Maintenance Company and the same is hereby dismissed.

Dated this 25th day of July, 2007.

                                                   _/s/ James M. Moody_
                                                   UNITED STATES DISTRICT JUDGE